# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2022

## NO. 03-20-00449-CV

**Horace Marshall, Appellant**

**v.**

**Estate of Jupitor T. Freeman, a/k/a Jupiter T. Freeman, Deceased, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on August 5, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment denying the application to probate the will as muniment of title. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.